WINTER et al. v. MIDLAND NAT. BANK OF MINNEAPOLIS. (Circuit Court of Appeals, Eighth Circuit. December 4, 1922.) No. 6230. In Error to the District Court of the United States for the District of North Dakota. Grimson & Snowfield and T. D. Pierce, all of Langdon, N. D., for plaintiffs in error. George Hoke, of Minneapolis, Minn., and C. J. Murphy, of Grand Forks, N. D., for defendant in error.

PER CURIAM. Writ of error docketed and dismissed, with costs, pursuant to rule 16 (188 Fed. xi, 109 C. C. A. xi), on motion of defendant in error. See, also, 289 Fed. 1022.